COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-00-183-CV

 

THE
CITY OF KELLER                                                           APPELLANT

 

                                                   V.

 

JOHN
W. WILSON, GRACE S. WILSON,                                   APPELLEES

JOHNNY L. WILSON, AND
NANCY A. WILSON 

                                                                                                        

                                               ----------

             FROM
THE 96TH DISTRICT COURT OF TARRANT COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered the parties= AJoint
Motion To Dismiss.@ 
It is the court=s opinion that the motion should
be granted; therefore, we dismiss the appeal. 
See TEX. R. APP. P.
42.1(a)(2), 43.2(f).

Costs of the appeal shall be paid by the party
incurring the same, for which let execution issue.  See Tex.
R. App. P. 43.4.

 

 

JOHN
CAYCE

CHIEF
JUSTICE

 

EN BANC

 

DELIVERED:  June 21, 2007











[1]See Tex. R. App. P. 47.4.